# Schedule A

[CONTENTS FILED UNDER SEAL]