**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| TORY BURCH LLC; <br> RIVER LIGHT V, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 100 d/b/a the aliases identified on Schedule "A", <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 12-cv-9066 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**PLAINTIFFS' *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) DOMAIN NAME TRANSFER ORDER, (3) ASSET RESTRAINING ORDER, (4) EXPEDITED DISCOVERY ORDER AND (5) SERVICE OF PROCESS BY EMAIL AND ELECTRONIC PUBLICATION ORDER**

Plaintiffs Tory Burch LLC and River Light V, L.P., (collectively, "Plaintiffs" or "Tory Burch") seek entry of an *ex parte* (1) Temporary Restraining Order, (2) Domain Name Transfer Order, (3) Asset Restraining Order, (4) Expedited Discovery Order and (5) Service of Process by Email and Electronic Publication Order on an action arising out of 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 13th day of November 2012.

                                            Respectfully submitted,

                                            __/s/ Justin R. Gaudio_____
                                            Kevin W. Guynn
                                            Amy Ziegler
                                            Justin R. Gaudio
                                            Greer, Burns & Crain, Ltd.
                                            300 South Wacker Drive
                                            Suite 2500
                                            Chicago, Illinois 60606
                                            312.360.0080
                                            312.360.9315 (facsimile)
                                            kguynn@gbclaw.net
                                            aziegler@gbclaw.net
                                            jgaudio@gbclaw.net