

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9066 | **DATE** | 11/15/2012 |
| **CASE TITLE** | TORY BURCH LLC, et al. Vs. DOES 1 - 100, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' Ex Parte motion for entry of a (1) temporary restraining order, (2) domain name transfer order, (3) asset restraining order, (4) expedited discovery order and (5) service of process by email and electronic publication order [6] is granted. Plaintiffs' motion to exceed page limitation [7] is granted. Plaintiffs' motion for leave to file under seal [8] is granted. Schedule A to the complaint and exhibits 15 and 16 to the Declaration of Tiffany Walden shall remain sealed until further order of court. Plaintiffs shall deposit with the Clerk of the Court $10,000.00 as security. Status hearing set for 11/29/2012 at 9:30 am. Enter Sealed Order.

■ [ For further detail see separate order(s).]  Notices mailed by Judicial staff.

00:19

| | Courtroom Deputy Initials: | JHC |
|---|---|---|