**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TORY BURCH LLC and <br> RIVER LIGHT V, L.P., <br> Plaintiffs, <br> v. <br> ZHONG FENG, et al., <br> Defendants. | Case No. 12-cv-9066 <br> **Judge Elaine E. Bucklo** <br> **Magistrate Judge Jeffrey T. Gilbert** |

**SUPPLEMENTAL ORDER**

This action having been commenced by Plaintiffs Tory Burch LLC and River Light V, L.P. (together, "Tory Burch") against Defendants identified in the First Amended Complaint on Schedule "A" and determined to be the owners of newly identified PayPal accounts (the "PayPal Accounts") listed below in Schedule B;

This Court having found that Defendants are liable for federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cyberpiracy (15 U.S.C. § 1125(d)) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.); and

This Court having entered default judgment (the "Order") awarding, among other things, Tory Burch damages from each of the Defendants in the amount of five hundred thousand dollars ($500,000) for a total award in the amount of fifty million dollars ($50,000,000) and permitting Tory Burch to continue seizing funds in Defendants' financial accounts until full

1

payment of all monies owed; and this Court having heard the evidence before it hereby GRANTS Plaintiffs' Motion in its entirety and orders that:

1. Any banks, savings and loan associations, payment processors, PayPal or other financial institutions, for any Defendant or any of Defendants' websites shall within two (2) business days of receipt of this Order:

    a. Locate all accounts connected to Defendants, Defendants' Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the email addresses listed in Schedule B hereto;

    b. Restrain and enjoin such accounts from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court; and

    c. Any money or other of Defendants' assets restrained in Section (b) shall be transferred to Plaintiffs within ten (10) business days.

2. Deckers will file an unsealed copy of this Order with Schedule B with the Court once any identified financial accounts are frozen pursuant to this Order.

DATED: February 26, 2013

*[signature]*

U.S. District Court Judge Elaine E. Bucklo

**Tory Burch LLC, et al. v. Zheng Fong, et al.,**
**Case No. 1:12-cv-9066**

# Schedule B

**PayPal Accounts**

| |
|---|
| zcy0592@gmail.com |
| zhenghuijun823@hotmail.com |
| fshdgfhsfe@163.com |
| taylorjuan5@hotmail.com |
| shaveyourstyle@gmail.com |
| chaojun0804@hotmail.com |
| jeson.jt@gmail.com |
| rockeerc@hotmail.com |
| guanxinxin1949@163.com |
| wuyouyong1991@gmail.com |
| c15639845628@163.com |
| trey4niter@hotmail.com |
| whitney2winston@hotmail.com |
| zhihong626@gmail.com |
| chinadon@hotmail.com |
| ajunpaintings@126.com |
| lovechristmas88@mail.com |
| numberonehandbag@hotmail.com |
| goodbrands@163.com |
| goodbrands_128@yahoo.com.cn |
| happystill@126.com |
| hi_1314520@163.com |
| tianbu899@hotmail.com |
| worldshoppingstorepay2012@gmail.com |
| benben2050@gmail.com |
| cnsaler2012@gmail.com |
| xingpengou@gmail.com |
| cgsw364@yahoo.com |
| cxgf966@yahoo.com |
| dfgdfgg2008@hotmail.com |
| wvghghw2010@hotmail.com |
| xmwy2001@hotmail.com |
| goodseason@sina.cn |

| |
|---|
| murieldellacase@hotmail.com |
| hihiluxury@hotmail.com |
| dengjiach@gmail.com |
| linshizhang0912@gmail.com |
| service@usjerseyswholesale.com |
| service@wholesalejerseysfactory.com |
| xieshicompany@yahoo.com.cn |
| feihongtrade88@hotmail.com |
| sogoodnice2012@gmail.com |
| chenyaoyin2012@gmail.com |
| linzhicheng2012@gmail.com |
| linzhicheng@gmail.com |
| lixuelin8@gmail.com |
| 723happy@gmail.com |
| goodsaler889@hotmail.com |
| kathrynforre@hotmail.com |
| corvair888@hotmail.com |
| weishengtrade@yahoo.com.cn |
| yuanrui@yahoo.com |
| service_dk@sina.com |
| lukepad86@hotmail.com |
| hjh880128@hotmail.com |
| chenkaiyuantrade@gmail.com |
| faithe147@hotmail.com |
| lilliansiend@hotmail.com |
| octaviaocta@hotmail.com |