**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TORY BURCH LLC; <br> RIVER LIGHT V, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-100 d/b/a the aliases identified on Schedule "A", <br><br> Defendants. | Case No. 12-cv-9066 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**Unsealed Schedule B to the Supplemental Order**

**Tory Burch LLC, et al. v. Zheng Fong, et al.,**
**Case No. 1:12-cv-9066**

# Schedule B

### PayPal Accounts

zcy0592@gmail.com
zhenghuijun823@hotmail.com
fshdgfhsfe@163.com
taylorjuan5@hotmail.com
shaveyourstyle@gmail.com
chaojun0804@hotmail.com
jeson.jt@gmail.com
rockeerc@hotmail.com
guanxinxin1949@163.com
wuyouyong1991@gmail.com
c15639845628@163.com
trey4niter@hotmail.com
whitney2winston@hotmail.com
zhihong626@gmail.com
chinadon@hotmail.com
ajunpaintings@126.com
lovechristmas88@mail.com
numberonehandbag@hotmail.com
goodbrands@163.com
goodbrands_128@yahoo.com.cn
happystill@126.com
hi_1314520@163.com
tianbu899@hotmail.com
worldshoppingstorepay2012@gmail.com
benben2050@gmail.com
cnsaler2012@gmail.com
xingpengou@gmail.com
cgsw364@yahoo.com
cxgf966@yahoo.com
dfgdfgg2008@hotmail.com
wvghghw2010@hotmail.com
xmwy2001@hotmail.com
goodseason@sina.cn
murieldellacase@hotmail.com
hihiluxury@hotmail.com
dengjiach@gmail.com
linshizhang0912@gmail.com
service@usjerseyswholesale.com
service@wholesalejerseysfactory.com
xieshicompany@yahoo.com.cn

feihongtrade88@hotmail.com
sogoodnice2012@gmail.com
chenyaoyin2012@gmail.com
linzhicheng2012@gmail.com
linzhicheng@gmail.com
lixuelin8@gmail.com
723happy@gmail.com
goodsaler889@hotmail.com
kathrynforre@hotmail.com
corvair888@hotmail.com
weishengtrade@yahoo.com.cn
yuanrui@yahoo.com
service_dk@sina.com
lukepad86@hotmail.com
hjh880128@hotmail.com
chenkaiyuantrade@gmail.com
faithe147@hotmail.com
lilliansiend@hotmail.com
octaviaocta@hotmail.com